```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 08868
   KEVYN V WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7859

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/11/2008 and was confirmed 07/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/10/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00            .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE         .00            .00            .00
ARROW FINANCIAL SERVICES  UNSEC W/INTER  NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER    1227.42            .00            .00
CITY OF CHICAGO EMS       UNSEC W/INTER  NOT FILED            .00            .00
SIMM ASSOCIATES INC       UNSEC W/INTER  NOT FILED            .00            .00
HOUSEHOLD CREDIT SERVICE  UNSEC W/INTER  NOT FILED            .00            .00
INO VISION                UNSEC W/INTER  NOT FILED            .00            .00
PERFORMANCE FINANCIAL NL  UNSEC W/INTER  NOT FILED            .00            .00
SPRINT                    UNSEC W/INTER  NOT FILED            .00            .00
US DEPT OF EDUCATION      UNSEC W/INTER         .00            .00            .00
VANGUARD HEALTH MACNEAL   UNSEC W/INTER  NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    1467.69            .00            .00
DEBORAH TOMPKINS          NOTICE ONLY    NOT FILED            .00            .00
JACQUIE WILLIAMS          NOTICE ONLY    NOT FILED            .00            .00
LASAUNDRA MCCLINTON       NOTICE ONLY    NOT FILED            .00            .00
LATRINA POWELL            NOTICE ONLY    NOT FILED            .00            .00
LESLIE & LINDA ALLEN      NOTICE ONLY    NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    2302.54            .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE NOTI  NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER    1363.85            .00            .00
ARROW FINANCIAL SERVICES  UNSEC W/INTER     627.58            .00            .00
FELD & KORRUB LLC         DEBTOR ATTY     3,000.00                       1,933.84
TOM VAUGHN                TRUSTEE                                          168.16
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                2,102.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08868 KEVYN V WILLIAMS
```

```
PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                         1,933.84
TRUSTEE COMPENSATION                                                     168.16
DEBTOR REFUND                                                               .00
                                            ---------------     ---------------
TOTALS                                             2,102.00            2,102.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 02/24/09                       /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```